LAW OFFICES OF JOSEPH SULLIVAN, PLLC

ATTORNEYS AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005

(917) 905-1695
js@josephsullivanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

Request **GRANTED**.

**SO ORDERED.**

7/6/2026
DATE

VICTOR MARRERO, U.S.D.J.

July 2, 2026

**VIA EMAIL and ECF**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street, Suite 1610
New York, NY 10007

**Re: Oppenheimer & Co. Inc. v. Sachem Capital Corp. et al.**
**(Case 1:26-cv-02802)**

Dear Judge Marrero:

Late Monday afternoon, I received Defendants' letter dated June 29, 2026 noting alleged deficiencies in the Complaint in the above-referenced case warranting dismissal.

On Tuesday, I wrote Defendants and noted that I was in court on Monday and had to drive my 89-year-old parents (including my father who has Alzheimer's) to Greenport on Wednesday for the summer and then was leaving with my family for the holiday weekend. In addition, I noted that I was concerned that I would not be able to speak to my client until the following week because of the holidays. I requested an extension of the date on which I may respond to the June 29, 2026 letter until July 13, 2026.

On Wednesday afternoon, while I was driving my parents, Defendants counsel sent me an email and graciously consented to the extension. Accordingly, I am respectfully requesting an extension of the response date until July 13, 2026.

Have a great holiday.

Very truly yours,

Joseph Sullivan

Joseph Sullivan

cc: Eric Lawson, Esq. (via email)
Mitchell E. Feldman, Esq. (via email)